Anna M. Hirst, Respondent, v. The Sperry & Hutchinson Company, a Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Cameron L. Lillie, an Infant, etc., Appellant, v. H. C. Stowe Construction Company, Respondent.— Order modified as stated in order, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Anna P. Ribot and Others, as Administrators, etc., Respondents, v. New York Railways Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Southern Amusement Company, Appellant, v. Epoch Producing Corporation, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Jacob M. Harris, Respondent, v. The Tribune Association, Appellant.— Order reversed, with ten dollars costs and disbursements to appellant, and motion granted on payment by appellant of costs of action to date. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

The Western Union Telegraph Company, Respondent, v. Guy M. Gest, Appellant.— Order affirmed, with ten dollars costs and disbursements, the date for the examination to proceed to be fixed in the order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

In the Matter of Proving the Last Will and Testament of Lizzie H. Holme, Deceased. Grace Chance, as Committee, etc., of Leicester Holme, an Incompetent, Appellant; Ida A. Cargill and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of Edwin C. Hall, as Temporary Administrator, etc., of Lizzie H. Holme, Deceased, Respondent, and of the Account of Clinton M. Ostrander, Deceased, of His Proceedings as Temporary Administrator, etc., of Lizzie H. Holme, Deceased, by Blanche J. Ostrander, Administratrix C. T. A. of Clinton M. Ostrander, Deceased. Grace Chance, as Committee, etc., of Leicester Holme, an Incompetent, Appellant; American Society for the Prevention of Cruelty to Animals and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Elizabeth Agminas, Respondent, v. Wilkes-Barre Colliery Company, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the authority of *Bagdon* v. *Philadelphia & Reading Coal & Iron Co.* (217 N. Y. 432). Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Olga Fraenkell, Appellant, v. Eugene J. Fraenkell, Respondent.— Order affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.